ORDERED in the Southern District of Florida on _____ June 4, 2007



_____
Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO. 06-10634-BKC-LMI |
| SOUTH BEACH COMMUNITY HOSPITAL, LLC, | Chapter 11 |
| Debtor.                               / | |
| ALAN L. GOLDBERG, Chapter 11 Trustee for South Beach Community Hospital, LLC, | CASE NO. 07-1210-BKC-LMI |
| Plaintiff, | |
| vs. | |
| MOUNT SINAI MEDICAL CENTER OF GREATER MIAMI, INC., a Florida corporation, | |
| Defendant.                            / | |

### MEMORANDUM OPINION IN SUPPORT OF FINAL JUDGMENT

This matter came before the Court on Plaintiff's Complaint for Preliminary Injunction. Simultaneous with the complaint the Debtor filed an Emergency Motion for Temporary Restraining Order which was heard on May 7, 2007 at 3:00 p.m. The Court granted the Motion for Temporary Restraining Order (CP #15) and dictated a detailed ruling into the record (CP #18). At the conclusion of the hearing the Court asked the

CASE NO. 07-1210-BKC-LMI

parties where any further evidence, hearing or pleadings were necessary for the Court to rule on the preliminary injunction request. Both parties agreed this was not necessary.

The Court having reviewed the pleadings, the transcript of the hearing on temporary restraining order (CP #17) and the Order Granting the Temporary Restraining Order, the Court has determined that entry of a preliminary injunction consistent with the temporary restraining order is appropriate for the reasons stated on the record on May 7, 2007.

A separate final judgment consistent with this opinion has been entered simultaneously herewith.

###

Copies to:
Ross Hartog, Esq.

*Attorney Hartog shall serve a conformed copy of this order upon all parties in interest and shall file a Certificate of Service of same with the Clerk of the Court.*